ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

2006 MAR -1  AM 8:13

AUGUSTA DIVISION

CLERK_____
SO. DIST. OF GA.

STANLEY R. GRACEY,                )
                                  )
          Movant,                 )
                                  )
    v.                            )          CV 104-28
                                  )          (CR 101-20)
UNITED STATES OF AMERICA,         )
                                  )
          Respondent.             )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed. Accordingly, the

Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the

Court. The Title 28, United States Code, Section 2255 motion is **DENIED,** and this civil

action is **CLOSED.**

SO ORDERED this 1st day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE